753 A.2d 1150

IN THE MATTER OF THE LIQUIDATION OF
INTEGRITY INSURANCE COMPANY.

April 6, 2000.

ORDERED that the motion of Munich Reinsurance Company for leave to appeal is granted.